IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUSTIN OWEN,

Plaintiff,

v.                                                    Case No. 23-cv-147 JPG

ST. MARYS HOSPITAL, CENTRLIA,
ILLINOIS,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** **4/21/2023**                    **MONICA A. STUMP, Clerk of Court**

                                        **s/Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**